# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE: )
    Jeffery Reed Davenport )  Case Number: 18-04114-DSC
    Andria Lynne Davenport )
    )  Chapter: 13
    Debtors )

## MOTION TO SURRENDER COLLATERAL

COME NOW the Debtors, by and through their attorney of record, and respectfully request this Honorable Court for an order allowing them to surrender the 2000 Toyota Sienna. As for reasons, your Debtors state as follows:

1. The 2000 Toyota Sienna is no longer in working condition.

WHEREFORE, PREMISES CONSIDERED, your Debtors respectfully request this Honorable Court issue an order allowing them to surrender the 2000 Toyota Sienna financed with TitleMax of Alabama, Inc.

Respectfully submitted,

*/s/ Grafton M. Weinacker*

Grafton M. Weinacker, Attorney for Debtors
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244
(205) 802-2200

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon Bradford W. Caraway electronically via CM/ECF to ctmail@ch13bham.com and the creditor listed below by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on October 15, 2020.

TitleMax of Alabama, Inc.
15 Bull Street, Suite 200
Savannah, GA 31401

*/s/ Grafton M. Weinacker*
Grafton M. Weinacker