| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jeffrey Reed Davenport |
| Debtor 2 (Spouse, if filing) | Andria Lynne Davenport |
| United States Bankruptcy Court for the: | Northern District of Alabama (State) |
| Case number | 18-04114-DSC13 |

Official Form 410S2  **AMENDED**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 9 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 9/17/2019 and 10/17/2019 | (1) | $ 36.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/25/2019 Proof of Claim and 410A prep | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✖ **/s/ D. Anthony Sottile**
Signature

Date **12 / 26 / 2019**

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number    Street
**Loveland, OH 45140**
City    State    ZIP Code

Contact phone **( 513 ) 444 – 4100**

Email **bankruptcy@sottileandbarile.com**

McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
404-474-7149
billing@mtglaw.com



# INVOICE

**BILL TO**
SN Servicing Corporation

**INVOICE #**
**DATE** 09/27/2019

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/25/2019 | Attorney Fee Recoverable<br>Attorney Fee - POC Filed | 1 | 650.00 | 650.00 |
| 09/25/2019 | Attorney Fee Recoverable<br>POC - Form 410A | 1 | 250.00 | 250.00 |

Borrower Name: Gary L Turner
Property Address: 1721 Serence Circle, Birmingham, AL 35215

**BALANCE DUE** **$900.00**

Loan:  Borrower: TURNER  Telephone:  SSN:

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2019 | 6/5/2019 | 6/1/2017 | Escrow Disbursement | FPI Escrow | 0 | 31676 | ($13.17) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | ($13.17) | ($3,764.79) | $.00 | $72.00 | $.00 |
| 6/5/2019 | 6/5/2019 | 6/1/2017 | Legal Fee Assessment | | 1 | 0 | ($725.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,764.79) | $.00 | $72.00 | $.00 |
| 6/17/2019 | 6/17/2019 | 6/1/2019 | Late Charge Assessment | | 0 | 0 | ($18.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,764.79) | ($18.00) | $90.00 | $.00 |
| 6/24/2019 | 6/24/2019 | 6/1/2017 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-JW) | 0 | 33997 | $322.89 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $322.89 | $.00 | ($3,764.79) | $.00 | $90.00 | $.00 |
| 6/24/2019 | 6/24/2019 | 6/1/2017 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 33930 | ($322.89) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,764.79) | $.00 | $90.00 | $.00 |
| 6/24/2019 | 6/24/2019 | 6/1/2017 | Prior Serv Corp Adv Payment | 45-PA | 96 | 33930 | $322.89 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,764.79) | $.00 | $90.00 | $.00 |
| 7/5/2019 | 7/5/2019 | 6/1/2017 | Escrow Disbursement | FPI Escrow | 0 | 35196 | ($13.17) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | ($13.17) | ($3,777.96) | $.00 | $90.00 | $.00 |
| 7/17/2019 | 7/17/2019 | 7/1/2019 | Late Charge Assessment | | 0 | 0 | ($18.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,777.96) | ($18.00) | $108.00 | $.00 |
| 7/23/2019 | 7/23/2019 | 6/1/2017 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 36899 | $268.19 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $268.19 | $.00 | ($3,777.96) | $.00 | $108.00 | $.00 |
| 7/24/2019 | 7/24/2019 | 6/1/2017 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 36924 | ($268.19) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,777.96) | $.00 | $108.00 | $.00 |
| 7/24/2019 | 7/24/2019 | 6/1/2017 | Prior Serv Corp Adv Payment | 45-BC | 96 | 36924 | $268.19 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,777.96) | $.00 | $108.00 | $.00 |
| 8/2/2019 | 8/2/2019 | 6/1/2017 | Escrow Disbursement | FPI Escrow | 0 | 38147 | ($13.17) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | ($13.17) | ($3,791.13) | $.00 | $108.00 | $.00 |
| 8/6/2019 | 8/6/2019 | 6/1/2017 | Legal Fee Assessment | | 1 | 0 | ($850.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,791.13) | $.00 | $108.00 | $.00 |
| 8/6/2019 | 8/6/2019 | 6/1/2017 | Legal Expense Recov Assessment | | 232 | 0 | ($185.80) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,791.13) | $.00 | $108.00 | $.00 |
| 8/17/2019 | 8/17/2019 | 8/1/2019 | Late Charge Assessment | | 0 | 0 | ($18.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,791.13) | ($18.00) | $126.00 | $.00 |
| 8/21/2019 | 8/21/2019 | 6/1/2017 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 40007 | $179.21 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $179.21 | $.00 | ($3,791.13) | $.00 | $126.00 | $.00 |
| 8/21/2019 | 8/21/2019 | 6/1/2017 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 40039 | ($179.21) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,791.13) | $.00 | $126.00 | $.00 |
| 8/21/2019 | 8/21/2019 | 6/1/2017 | Prior Serv Corp Adv Payment | 45-BC | 96 | 40039 | $179.21 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,791.13) | $.00 | $126.00 | $.00 |
| 9/4/2019 | 9/4/2019 | 6/1/2017 | Escrow Disbursement | FPI Escrow | 0 | 41641 | ($13.17) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | ($13.17) | ($3,804.30) | $.00 | $126.00 | $.00 |
| 9/17/2019 | 9/17/2019 | 9/1/2019 | Late Charge Assessment | | 0 | 0 | ($18.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,804.30) | ($18.00) | $144.00 | $.00 |
| 9/25/2019 | 9/25/2019 | 6/1/2017 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 43946 | $282.48 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $282.48 | $.00 | ($3,804.30) | $.00 | $144.00 | $.00 |
| 9/26/2019 | 9/26/2019 | 6/1/2017 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 44004 | ($282.48) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,804.30) | $.00 | $144.00 | $.00 |
| 9/26/2019 | 9/26/2019 | 6/1/2017 | Prior Serv Corp Adv Payment | 45-BC | 96 | 44004 | $282.48 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,804.30) | $.00 | $144.00 | $.00 |
| 9/28/2019 | 9/29/2019 | 6/1/2017 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 44267 | $401.00 | $.00 | $15,246.22 | $0.00 | $.00 | $401.00 | $401.00 | $.00 | ($3,804.30) | $.00 | $144.00 | $.00 |
| 10/2/2019 | 10/2/2019 | 6/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 44818 | ($13.17) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $401.00 | ($13.17) | ($3,817.47) | $.00 | $144.00 | $.00 |
| 10/7/2019 | 10/7/2019 | 6/1/2017 | Legal Fee Assessment | | 1 | 0 | ($900.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $401.00 | $.00 | ($3,817.47) | $.00 | $144.00 | $.00 |
| 10/11/2019 | 10/11/2019 | 6/1/2017 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 45881 | $251.61 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $652.61 | $.00 | ($3,817.47) | $.00 | $144.00 | $.00 |
| 10/15/2019 | 10/15/2019 | 6/1/2017 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 46052 | ($251.61) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $401.00 | $.00 | ($3,817.47) | $.00 | $144.00 | $.00 |
| 10/15/2019 | 10/15/2019 | 6/1/2017 | Prior Serv Corp Adv Payment | 45-BC | 96 | 46052 | $251.61 | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $401.00 | $.00 | ($3,817.47) | $.00 | $144.00 | $.00 |
| 10/17/2019 | 10/17/2019 | 10/1/2019 | Late Charge Assessment | | 0 | 0 | ($18.00) | $.00 | $15,246.22 | $0.00 | $.00 | $.00 | $401.00 | $.00 | ($3,817.47) | ($18.00) | $162.00 | $.00 |
| | | | Totals: | | | | ($8,348.98) | $15,246.22 | | | $.00 | $401.00 | | ($3,817.47) | | ($162.00) | | $.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| In Re: | Case No. 18-04114-DSC13 |
| Jeffrey Reed Davenport<br>Andria Lynn Davenport | Chapter 13 |
| Debtor. | Judge D. Sims Crawford |

## CERTIFICATE OF SERVICE

I certify that on December 26, 2019, a copy of the foregoing Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

 Robert D. Reese, Debtors' Counsel
 ecfbirmingham@bondnbotes.com

 Grafton Moore Weinacker, Debtors' Counsel
 ecfbirmingham@bondnbotes.com

 Bradford W. Caraway, Chapter 13 Trustee
 ctmail@ch13bham.com

 Office of the United States Trustee
 (registeredaddress)@usdoj.gov

I further certify that on December 26, 2019, a copy of the foregoing Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

 Jeffrey Reed Davenport, Debtor
 Andria Lynn Davenport, Debtor
 1721 Serene Circle
 Birmingham, AL 35215

| | |
|---|---|
| Dated: December 26, 2019 | /s/ D. Anthony Sottile<br>D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |